IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 06-CR-18 (WDO) |
| DARRYL KEITH BOOTH, | RE: VIOLATION OF CONDITIONS OF RELEASE |
| Defendant | |

## ORDER OF REVOCATION AND DETENTION

Defendant DARRYL KEITH BOOTH, represented by legal counsel Mr. Doye E. Green, Jr. of the Macon Bar, this day appeared before the undersigned for a hearing under provisions of 18 U.S.C. §3148 on a **PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** filed by U.S. Probation Officer Todd D. Garrett on April 26, 2006. The government was represented by Assistant U.S. Attorney Michael Dennard. The defendant admitted the violations set forth in Mr. Garrett's petition; the court found him to be in violation of conditions of pretrial release imposed upon him on January 27, 2006.

Accordingly, **IT IS ORDERED AND DIRECTED** that the court's **ORDER OF RELEASE** entered January 27, 2006, be, and it is, **REVOKED** and that the defendant be **DETAINED**. Defendant BOOTH is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility pending disposition of his case. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding. IN ADDITION, the Marshals Service is expressly directed to take steps to insure that defendant BOOTH receives such medication as is currently prescribed for him or which may be hereafter prescribed for him by a medical doctor. The Marshals Service is further authorized to house Mr. Booth in a medical facility if such appears to be necessary to insure his health and safety.

SO ORDERED, this 17th day of MAY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE